Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | **Neil Edward Priest** |
| Debtor 2 | **Dawn Renae Priest** |
| | United States Bankruptcy Court for the District of Wyoming |
| Case number | **15-20301** |

# Form 4100N
## Notice of Final Cure Payment

10/15

File a separate notice for each creditor.

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** FCI Lender Services, Inc.

**Court claim no.:** No POC Filed

**Last 4 digits** of any number you use to identify the debtor's account: 4096

**Property address:**

510 Chimney Rock Loop
Granite Canyon  WY  82059

### Part 2: Cure Amount

| Total cure disbursements made by the trustee: | | Amount |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) | $ 15,800.00 |
| b. Prepetition arrearage paid by the trustee: | (b) | $ 15,800.00 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) | $ |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) | $ |
| e. Allowed postpetition arrearage: | (e) | $ |
| f. Postpetition arrearage paid by the trustee: | + (f) | $ |
| g. **Total**. Add lines b, d, and f. | (g) | $ 15,800.00 |

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Mortgage is paid through the trustee.

Current monthly mortgage payment: $ _____

The next postpetition payment is due on: _____
MM / DD / YYYY

☒ Mortgage is paid directly by the debtor(s).

| Part 4: | A Response Is Required By Bankruptcy Rule 3002.1(g) |
|---|---|

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

**Date: September 18, 2018**

    /s Filing Electronically
                  Mark R Stewart – Trustee in Bankruptcy

Trustee    Mark R. Stewart, WY Bar #5-1449
           Chapter 13 Trustee
           P.O. Box 865
           Cheyenne, WY 82003
           Phone: 307-778-4115
           Email:mrstewart@qwestoffice.net

## CERTIFICATE OF SERVICE

I, Mark R. Stewart, Trustee, hereby certify that on September 18, 2018, a true and correct copy of the above and foregoing Notice of Final Cure Payment Pursuant was sent via US mail, postage prepaid and addressed to each of the following:

Neil Edward Priest Dawn Renae Priest, 510 Chimney Rock Loop , Granite Canon, WY  82059
FCI Lender Services, Inc., Customer Care Department PO Box 27370, Anaheim Hills  CA  92809-0112
Heather L. Deere Attorney for Creditor 355 Union Blvd., Ste 250 Lakewood  CO  80228
Electronically to:
Paul Hunter, Attorney at Law, 2616 Central Avenue , Cheyenne, WY   82001-

                                                       /s Filing Electronically
                                                       MARK R. STEWART, Trustee in Bankruptcy